**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN OSORIO MATEO,<br><br>                                    Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, et. al.,<br><br>                                    Respondents. | Case No.:  26-cv-2877-BJC-MSB<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

On May 7, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  The Court adopts the Standard Procedures setting a briefing schedule for this Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated:  May 14, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

1