

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN OSORIO MATEO,<br><br>         Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, et. al.,<br><br>         Respondents. | Case No.:  26-cv-2877-BJC-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART** |

On May 7, 2026, Petitioner Juan Osorio Mateo, a citizen of Guatemala, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  He asserts he last entered the United States on February 1, 2000, and he was detained at the Otay Mesa Detention Center by the Respondents on May 4, 2026, where he remains.  *Id.*  ¶¶ 1, 2, 16, 17, 18.  Petitioner argues he is entitled to release on bond under 8 U.S.C. § 1226(a), and he is a member of the Bond Eligible Class in *Maldonado Bautista v. Santacruz*, 2025 WL 3288403.  *Id.* ¶¶ 23-34.  In the return, Respondents "acknowledge the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases," and they do not oppose an order directing a bond hearing under  § 1226(a).  ECF No. 4.

Accordingly, the Court GRANTS the petition for a writ of habeas corpus in part.

The government shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225. The government is enjoined from transferring Petitioner before a bond hearing takes place. Petitioner's request for attorneys' fees and costs is DENIED without prejudice to Petitioner filing an appropriate application for fees. The petition is otherwise DENIED. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: May 22, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2877-BJC-MSB