

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Osorio Mateo | **Civil Action No.** 26-cv-02877-BJC-MSB |
| **Plaintiff,** | |
| V. | |
| See Attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS the petition for a writ of habeas corpus in part. The government shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225. The government is enjoined from transferring Petitioner before a bond hearing takes place.

**Date:**      5/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-02877-BJC-MSB

Markwayne Mullin, in his official capacity as Secretary of Homeland Security; Christopher J. LaRose in his official capacity as Warden of Otay Mesa Detention Center; Gregory J. Archambeault, in his official capacity as San Diego Field Office Director; ICE Enforcement Removal Operations; Todd Lyons in his official capacity as Acting Director of ICE; Todd Blanche; U.S. Attorney General; Immigration and Customs Enforcement; Department of Homeland Security